**Marcelino Perea VELASQUEZ**

v.

**UNITED STATES of America.**

**No. 6686.**

United States Court of Appeals
Tenth Circuit.

June 9, 1961.

No attorney for appellant.

John Quinn, U. S. Atty., Albuquerque, N. M., for appellee.

Before MURRAH, Chief Judge, and BRATTON and BREITENSTEIN, Circuit Judges.

PER CURIAM.

Affirmed June 9, 1961, without written opinion, on authority of Martin v. United States of America, 10 Cir., 285 F.2d 150.

**Victor Serafin CANDELARIA, Jr.,**

v.

**UNITED STATES of America.**

**No. 6683.**

United States Court of Appeals
Tenth Circuit.

June 9, 1961.

Gordon G. Greiner, Denver, Colo., for appellant.

Lawrence M. Henry, U. S. Atty., and D. L. Giacomini, Asst. U. S. Atty., Denver, Colo., for appellee.

Before MURRAH, Chief Judge, and BRATTON and BREITENSTEIN, Circuit Judges.

PER CURIAM.

Affirmed June 9, 1961, without written opinion, on authority of Gerber v. United States of America, 10 Cir., 287 F.2d 523; Tandberg-Hanssen v. United States of America, 10 Cir., 284 F.2d 331, and O'Dell v. United States of America, 10 Cir., 251 F.2d 704, decided on January 21, 1958.